**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-10151
_____

LAURA WEBB, Substituted in place and stead of
JAMES WEBB, deceased,

Plaintiff-Appellant,

VERSUS

LARRY G. MASSANARI, Acting, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

_____

Appeal from the United States District Court
For the Northern District of Texas
7:98-CV-245-R

_____
May 9, 2001

Before FARRIS[1], JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[2]

After reviewing the record, we are satisfied that the district court correctly granted summary judgment to the Commissioner for the reasons stated in the magistrate judge's Memorandum Opinion and Order of December 7, 1999. The district court's judgment rejecting Webb's claim for benefits is AFFIRMED.

---

[1]Circuit Judge of the Ninth Circuit, sitting by designation.

[2]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.